ACCEPTED
03-15-00332-CR
5980890
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/8/2015 1:59:37 PM
JEFFREY D. KYLE
CLERK



# DISTRICT ATTORNEY'S OFFICE
## 33ᴿᴰ & 424ᵀᴴ Judicial Districts
### COUNTIES OF
### BLANCO • BURNET • LLANO • SAN SABA

## Wiley B. McAfee
### District Attorney
July 08, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/8/2015 1:59:37 PM

JEFFREY D. KYLE
Clerk

Mr. Jeffery D. Kyle
Clerk of Court of Appeals
P. O. Box 12457
Austin, TX 78711

Re:   Case No. 03-15-00332-CR; Terri Lang v. The State of Texas
      Appeal from Cause No. 42185 in the 424th District Court of Burnet County

Dear Mr. Kyle:

Please accept this letter as our designation of Lead Counsel for the State of Texas, Appellee, in the above described case.   Lead Counsel for this case is:

Gary W. Bunyard
Assistant District Attorney
P.O. Box 725
Llano, TX 78643
(325) 247-5755 (voice)
(325) 247-5274 (fax)
g.bunyard@co.llano.tx.us
Texas State Bar No. 03353500

Sincerely,

Gary W. Bunyard
Assistant District Attorney

cc:   Mr. Justin Smith
      Attorney for Appellant
      via eServe

**811 Berry Street • P.O. Box 725 • Llano, Texas 78643 • 325-247-5755 • Fax 325-247-5274**